IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, | ) ) ) | |
| | ) | NO. 3:20-cv-00874 |
| Plaintiff, | ) ) | JUDGE RICHARDSON |
| v. | ) ) | |
| CYNTHIA T. JAMISON, et. al, | ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss the Shareholder Derivative Complaint (Doc. No. 40, "Motion"). For the reasons discussed in the accompanying memorandum opinion, the Motion is **GRANTED** and Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** with prejudice. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE