# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

City of Pontiac Police and Fire Retirement System

                                      Plaintiff,

v.                                                                    Case No.: 3:20−cv−00874

Cynthia T. Jamison, et al.

                                        Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/24/2022 re [66].

                                                                   Lynda M. Hill
                                                     s/ Brandon Skolnik, Deputy Clerk